# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY LURWICK,<br>Plaintiff | : | CIVIL ACTION |
| | : | |
| | : | No. 15-1977 |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>Defendant | :<br>:<br>: | |

FILED

DEC - 2 2015

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

**JOSEPH F. LEESON, JR., J.**

AND NOW, this 2nd day of December 2015, upon consideration of Plaintiff's request for review, and Defendant's response, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Plaintiff's request for review is GRANTED; and

3. The matter is remanded to the Commissioner for further review consistent with the Report and Recommendation.

BY THE COURT:

JOSEPH F. LEESON, JR., J.
UNITED STATES DISTRICT COURT

12-2-15 e-mailed to: